PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Timothy Hyman                                    Cr.: 06-662-001

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman, Senior U.S. District Judge

Date of Original Sentence: 7/9/07

Original Offense: Conspiracy to Take Money From a Bank with Intent to Steal, in violation of Title 18: U.S.C. Section 371

Original Sentence: Time Served, followed by 3 years supervised release, with special conditions for drug testing/treatment, financial disclosure, no new debt, DNA, and to pay $26,352 restitution at $100 per month and a $100 special assessment

Type of Supervision: Supervised Release                            Date Supervision Commenced: 7/9/07

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 6 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

The offender has violated several conditions of supervised release, including failure to report as directed, a positive drug test result for marijuana use, a new charge for a township ordinance violation, failing to obtain employment, and failing to pay restitution. Placement in a halfway house will provide the degree of structure and accountability necessary to assist the offender in returning to compliance and making positive changes in his life. The offender has executed a waiver of his rights to a hearing and to counsel in order to have this modification made to his term of supervision.

PROB 12B - Page 2
Timothy Hyman

Respectfully submitted,

By: Steven Alfrey
U.S. Probation Officer
Date: 11/1/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

Nov. 8th, 2007
Date